**SO ORDERED**



_____
**ROBERT A. GORDON**
**U.S. BANKRUPTCY JUDGE**

VACATED

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **18−15073 − RAG**    Chapter: **7**

**Patricia A. Hebb−Ftizgerald**
Debtor

## ORDER DIRECTING DEBTOR(S)' COUNSEL
## TO REFUND ALL FEES

Wardell Huff filed an appearance as counsel for the Debtor(s) on April 16, 2018. However, counsel has not filed the required Federal Bankruptcy Rule 2016(b) disclosure statement of compensation. By Order entered on April 17, 2018, counsel was directed to comply with Local Bankruptcy Rule 2016−1(b) by filing a disclosure statement within fourteen (14) days. Counsel has failed to comply with that Order.

Therefore, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that Wardell Huff refund all fees collected in this matter to the Debtor(s) within fourteen (14) days after the date of entry of this order.

cc:  Debtor
     Attorney for Debtor – Wardell Huff
     Case Trustee – Charles R. Goldstein
     U.S. Trustee

**End of Order**

11x09 (rev. 08/04/2014) − akaniowski