# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **18–15073 – RAG**   Chapter: **7**

**Patricia A. Hebb–Ftizgerald**
Debtor

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held

at 101 W. Lombard Street, Courtroom 1–B, Baltimore, MD 21201

on 7/30/18 at 11:00 AM

to consider and act upon the following:

17 – Order Directing Debtor's Counsel to Refund All Fees (related document(s)7 Order Directing Debtor(s) Counsel to Comply). (Kaniowski, Amanda)

35 – Amended Disclosure of Compensation of Attorney for Debtor Filed by Wardell Huff. (Huff, Wardell)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 6/18/18

Mark A. Neal, Clerk of Court
by Deputy Clerk, Booker Livingston

Form ntchrgmdb (rev. 12/2003)